1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. J. OLIVER,<br><br>    Plaintiff,<br><br>v.<br><br>PIZZA PARK CORPORATION d.b.a.<br>DOMINO'S PIZZA #7712, *et al.*,<br><br>    Defendants. | Civil No. 06cv2347-L(LSP)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT PIZZA PARK CORPORATION** |

On April 3, 2007, Plaintiff and Defendant Pizza Park Corporation d.b.a. Domino's Pizza #7712 filed a Joint Motion of Dismissal. Pursuant to Federal Rule of Civil Procedure 41(a), all claims against Defendant Pizza Park Corporation d.b.a. Domino's Pizza #7712 are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: April 5, 2007

_____
M. James Lorenz
United States District Court Judge

06cv2347

1  COPY TO:

2  HON. LEO S. PAPAS
   UNITED STATES MAGISTRATE JUDGE
3
   ALL PARTIES/COUNSEL